# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Toria Douglas,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                      3:07-cv-357
                                        (3:05-cr-103-5)

United States of America,

       Respondent.

DECISION BY COURT. This action having come before the Court by Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2010 Order.

                                                  Signed: August 6, 2010

                                                  Frank G. Johns, Clerk
                                                  United States District Court